U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

2014 FEB 13 PM 3:33

_____
BY
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No. 2:14-CR-21 |
| ) | |
| JOHN OLSEN, ) | |
| ) | |
| Defendant. ) | |

## INDICTMENT

The Grand Jury charges:

### Count One

On or about September 9, 2013, in the District of Vermont, defendant JOHN OLSEN, in connection with the acquisition of a firearm, namely, a Glock Model 23 .40 caliber pistol bearing serial number VGT132, from Powderhorn Sports, Inc., a federally licensed firearms dealer, knowingly made a false and fictitious written statement intended or likely to deceive such dealer as to a fact material to the lawfulness of such sale, namely, falsely representing that he was the actual transferee/buyer of the firearm.

(18 U.S.C. § 922(a)(6))

A TRUE BILL

_____
FOREP[REDACTED]

_Tristram J. Coffin_ (KJD)
TRISTRAM J. COFFIN
United States Attorney
Burlington, Vermont
February 13, 2014