AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

District of Vermont

United States of America
v.

John Olsen
*Defendant*

Case No. 2:14-CR-21

2014 FEB 13 P 4:54
U.S. MARSHALS SERVICE
DISTRICT OF VERMONT

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* John Olsen ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED
2014 FEB 25 AM 12:08
CLERK
BY DEPUTY CLERK

This offense is briefly described as follows:

made a false and fictitious written statement intended or likely to deceive such dealer as to a fact material to the lawfulness of such sale, namely, falsely representing that he was the actual transferee/buyer of the firearms.

Date: 2/13/2014

Lisa Wright
*Issuing officer's signature*

City and state: Burlington, VT

Lisa Wright, Operations Supervisor
*Printed name and title*

**Return**

This warrant was received on *(date)* 2/13/2014 , and the person was arrested on *(date)* 2/25/2014
at *(city and state)* Shelburne, VT .

Date: 2/25/2014

[signature]
*Arresting officer's signature*

Erica Harrington DUSM
*Printed name and title*